| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Graber, Susan P | 2. Court or Organization<br>U.S. Court of Appeals/9th Cir. | 3. Date of Report<br>5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>The Pioneer Courthouse<br>555 SW Yamhill St<br>Portland OR 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1988 | Oregon Public Employee's Retirement Systems (PERS) with former employer when I was a state court judge (statutorily defined benefits; no control) |

2005 MAY 13 · A 11: 02
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Graber, Susan P | 5/2/2005 |

## III NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

**B. Spouse's Non-Investment Income** (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Portland General (deferred & retirement income) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pg. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Southern Methodist Univ. Law School | 11/11/04 - 11/13/04 Dallas, Texas  Educational seminar - covered travel, meals & room |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab Money Market Fund #1 | A | Dividend | K | T | | | | | See comments in Part VIII |
| 2. Charles Schwab Money Market Fund #2 | A | Dividend | J | T | | | | | See comments in Part VIII |
| 3. Charles Schwab Money Market Fund #3 | A | Dividend | K | T | | | | | See comments in Part VIII |
| 4. Oregon Savings Growth Plan | | None | K | T | | | | | |
| 5. PERS account (See description in Part II (1) above) | | None | M | T | | | | | |
| 6. Family Farm LLC | D | Distribution | M | Q | | | | | Appraisal date was 5/28/98 |
| 7. IRA #1 | D | Dividend | | | | | | | Reported in aggregate |
| 8. —Vanguard Short-Term Bond Index | | | | | Sell part | 01/09 | L | | Gain not reported to us |
| 9. —Vanguard Short-Term Bond Index | | | L | T | | | | | |
| 10. —Fidelity Intermediate Bond Fund | | | | | Sell | 05/11 | N | | Gain not reported to us |
| 11. —Fidelity Intermediate Bond Fund | | | | | Buy | 11/15 | M | | |
| 12. —Fidelity Intermediate Bond Fund | | | M | T | | | | | |
| 13. —Vanguard Index 500 | | | | | Buy | 11/12 | K | | |
| 14. —Vanguard Index 500 | | | M | T | | | | | |
| 15. —Vanguard Mid Cap Index Fund | | | | | Buy | 01/09 | L | | |
| 16. —Vanguard Mid Cap Index Fund | | | | | Buy | 11/12 | K | | |
| 17. —Vanguard Mid Cap Index Fund | | | M | T | | | | | |
| 18. —Vanguard Small Cap Growth | | | | | Buy | 11/12 | L | | |

1 Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2 Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3 Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. —Vanguard Small Cap Growth | | | L | T | | | | | |
| 20. IRA # 2 | E | Dividend | | | | | | | Dividends aggregated |
| 21. — Charles Schwab Value Advantage Money Market Fund | | | | | Buy | 05/11 | N | | |
| 22. Charles Schwab Value Advantage Money Fund | | | | | Sell | 11/08 | N | | Gain not reported to us |
| 23. —Vanguard Short-Term Bond Index Fund | | | | | Sell part | 01/23 | M | | Gain not reported to us |
| 24. — Vanguard Short-Term Bond Index Fund | | | M | T | | | | | |
| 25. —Enron common stock | | | J | T | | | | | |
| 26. — Schwab Money Market | | | J | T | | | | | |
| 27. — Vanguard Intermediate Corporate Bond Fund | | | | | Sell | 05/10 | K | | Gain not reported to us |
| 28. — Vanguard Mid Cap Index Fund | | | | | Buy | 11/8 | L | | |
| 29. --- Vanguard Mid Cap Index Fund | | | N | T | | | | | |
| 30. —Vanguard Index 500 | | | | | Sell part | 03/16 | M | | Gain not reported to us |
| 31. — Vanguard Index 500 | | | | | Buy | 11/08 | K | | |
| 32. — Vanguard Index 500 | | | N | T | | | | | |
| 33. —Vanguard Intermediate Bond Fund | | | | | Buy | 01/26 | M | | |
| 34. —Vanguard Intermediate Bond Fund | | | | | Buy | 03/17 | M | | |
| 35. —Vanguard Intermediate Bond Fund | | | | | Sell part | 05/10 | M | | Gain not reported to us |
| 36. —Vanguard Intermediate Bond Fund | | | | | Buy | 11/08 | M | | |

1 Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2 Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3 Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. —Vanguard Intermediate Bond Fund | | | M | T | | | | | |
| 38. IRA # 3 | A | Dividend | | | | | | | |
| 39. —Fidelity Real Estate Investment | | | | | Sell | 05/10 | K | | Gain not reported to us |
| 40. —Fidelity Cash Reserves | | | | | Buy | 05/11 | K | | |
| 41. —Fidelity Cash Reserves | | | | | Sell | 11/24 | K | | Gain not reported to us |
| 42. —Spartan International Index Fund | | | | | Buy | 11/24 | K | | |
| 43. —Spartan International Index Fund | | | K | T | | | | | |
| 44. Portland General Deferred Income | B | Interest | J | T | | | | | |
| 45. American Century Select | A | Dividend | J | T | | | | | |
| 46. Trust #1 | | | | | | | | | |
| 47. — Vanguard Short-Term Bond Index Fund | B | Dividend | | | Sell part | 01/06 | K | | Loss |
| 48. —Vanguard Short Term Bond fund | | | L | T | | | | | |
| 49. —Vanguard Mid Cap Index | A | Dividend | J | T | | | | | |
| 50. —Vanguard Index 500 Fund | A | Dividend | | | Buy | 01/07 | K | | |
| 51. —Vanguard Index 500 Fund | | | K | T | | | | | |

| 1 Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (indicate part of Report.)

Part VII, lines 1-3: The Charles Schwab money market funds are cash-equivalent funds. For clarity of reporting, I do not distinguish between Charles Schwab's "regular" and "Value Advantage" money market funds. Each family member's fund is listed separately.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date **May 6, 2005**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544